IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE:  LAWRENCE BELTZ | ) | CASE NO.  06-41193 |
| | ) | |
| **Debtor** | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | <u>OBJECTION TO CLAIM OF</u> |
| | ) | <u>STATE OF OHIO,</u> |
| | ) | <u>CLAIM #11, FILED 3-28-07</u> |

### FACTS

COMES NOW, LAWRENCE BELTZ, ( the "DEBTOR"), who for his objection to the claim filed by STATE OF OHIO states the following:

1.  Debtor filed for protection under Chapter 13 of Title 11 of the U.S. Code on August 4, 2006;

2.  STATE OF OHIO filed claim # 11 on March 28, 2007 for participation in the payment of the plan in the sum of $12,673.22, unsecured priority.

### BASIS FOR OBJECTION

Debtor objects to the claim for the reason that the debtor was not employed or a resident of Ohio for the tax years, 1998, 1999 and 2000.  He was a resident of Grove City, Pennsylvania and was employed by George Junior Republic in PA ( copies of W-2's and PA Tax Returns are attached).  Debtor does owe the State of Ohio for 2005.

### RELIEF REQUESTED

WHEREFORE, Debtor respectfully asks that the claim of STATE OF OHIO in the amount of $12,673.22, unsecured priority not be paid as filed; instead, Debtor respectfully asks that this Court issue an Order instructing the Trustee to pay the claim as an unsecured priority in the amount of $1,387.22.

Respectfully submitted,

ROBERT A. CIOTOLA CO., L.P.A.

 /s/ Robert A. Ciotola
ROBERT A. CIOTOLA (#0012487)
Attorney for Debtor(s)
4590 Boardman-Canfield Road
Canfield, OH  44406
(330) 533-8885

**N O T I C E**

The attached will be scheduled for consideration by the Court without the need for a further hearing. Any party in interest may request a hearing within thirty (30) days after filing of the objection. Unless a hearing is set by the Court or its specifically requested by one of the parties in interest by use of a cover letter attached to the front of the Objection or by a responsive pleading to the Court thirty (30) days after the filing of the original Objection or responsive pleading. The Court then will consider the Objection on the papers filed.

    /s/ Robert A. Ciotola
**ROBERT A. CIOTOLA**

**S E R V I C E**

A copy of the foregoing Objection was mailed by regular U.S. Mail this **19th** day of **November 2007** to the following:

State of Ohio, Ohio Dept. of Taxation, Rebecca L. Daum, Esq., PO Box 530, Columbus, OH 43216-0530;
MICHAEL A. GALLO, ESQ., 20 Federal Plaza West, Suite 600, Youngstown, OH 44503;
U.S. TRUSTEE, Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114;

    /s/ Robert A. Ciotola
**ROBERT A. CIOTOLA**
**Attorney for Debtor(s)**